UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| MICHAEL COWANS, | ) | Case No. CV 06-2112-SJO(AJW) |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | JUDGMENT |
| | ) | |
| D. ADAMS, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: _____9/14/10_____

_S. James Otero_
_____
S. James Otero
United States District Judge